160 A.3d 798

Lorraine L. DAVIS, Executrix of the Estate of: John J. Hudson, Deceased

v.

HCR MANORCARE, LLC; Manor Care of Lancaster PA, LLC d/b/a ManorCare Health Services–Lancaster; ManorCare Health Services, Inc. a/k/a ManorCare Health Services, LLC; Manor Care, Inc.; HCR ManorCare, Inc.; HCR IV Healthcare, LLC.; HCR III Healthcare, LLC; HCR II Healthcare, LLC; HCR Healthcare, LLC; HCRMC Operations, LLC; Heartland Employment Services, LLC; The Lancaster General Hospital and Lancaster General Health

Petition of: HCR ManorCare, LLC; Manor Care of Lancaster PA, LLC d/b/a ManorCare Health Services–Lancaster; ManorCare Health Services, Inc. a/k/a ManorCare Health Services, LLC; Manor Care, Inc.; HCR ManorCare, Inc.; HCR IV Healthcare, LLC.; HCR III Healthcare, LLC; HCR II Healthcare, LLC; HCR Healthcare, LLC; HCRMC Operations, LLC; Heartland Employment Services, LLC

No. 210 MAL 2016

Supreme Court of Pennsylvania.

DECIDED: November 15, 2016

## ORDER

PER CURIAM

**AND NOW,** this 15th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and this matter is **REMANDED** to the Superior Court for further proceedings in light of Taylor v. Extendicare Health Facilities, Inc., et al., 637 Pa. 163, 147 A.3d 490 (2016).